*Mr. Louis P. Donovan, Mr. Thomas J. Walker,* and *Mr. Frank C. Walker,* for Defendant.

---

## No. 2,949.—JOHN R. BORDEAUX, RESPONDENT, *v.* ELLA F. BORDEAUX, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided November 12, 1910.

PER CURIAM.—Respondent's motion to dismiss appeal from order granting alimony, suit money and attorney's fees, is after due consideration by the court granted, and said appeal ordered dismissed.

*Mr. John J. McHatton,* for Appellant.

*Mr. L. P. Forestell,* and *Mr. I. A. Cohen,* for Respondent.